Robert Brown
3440 Fulton Ave. #2
Sacramento, CA. 95821
(916) 470-9725

**FILED**
MAR 23 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___TB___ DEPUTY CLERK

In the United States District Court for the Eastern District of California

Robert Brown E.
  Plaintiff

VS.

Salvatierra Oscar, JR. MD.
Costaglio Cathy, RN, BSN
  Defendants

2:07 - CV - 0569 FCD EFB PS

Complaint

Oscar Salvatierra removed my left kidney and unbenounced to me, a lower rib. The transplant coordinator (Cathy Costaglio) would not allow me to see the surgeon for follow-up. They refused to take responsibility for their actions. They have discriminated and oppressed me and my daughter (transplant recipient). We live in a constant state of dispare and terror and I believe we should be compensated for the harm we have suffered. 65-70 thousand.

X _Robert Brown_