1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ROBERT BROWN,

11          Plaintiff,                    CIV-S-07-0569 FCD EFB PS

12      vs.

13  OSCAR SALVATIERRA, JR., et al.,

14          Defendants.                   ORDER

15  _____/

16          On June 4, 2007, the magistrate judge filed findings and recommendations herein

17  which were served on the parties and which contained notice that any objections to the findings

18  and recommendations were to be filed within ten days.  No objections were filed.

19          Accordingly, the court presumes any findings of fact are correct.  See Orland v.

20  United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

21  reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22  1983).

23          The court has reviewed the applicable legal standards and, good cause appearing,

24  concludes that it is appropriate to adopt the proposed findings and recommendations in full.

25  \\\\\

26  \\\\\

1

Accordingly, IT IS ORDERED that:

1.  The proposed Findings and Recommendations filed June 4, 2007, are ADOPTED; and,

2.  This action is dismissed without prejudice.  See Fed. R. Civ. P. 41(b); Local Rule 11-110.

DATED: July 23, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2